# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ARAIDAN G.-G.,
(A-Number: 221-475-491)

        Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

        Respondents.

No. 1:26-cv-03140 JLT EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS
(Doc. 11)

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO RELEASE PETITIONER, ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE

Araidan G.-G. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 5, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the Petition and order Respondents to release Petitioner immediately. (Doc. 11.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 11.) On May 14, 2026, Respondents filed objections. (Doc. 12.) On May 18, 2026, Petitioner filed a reply to Respondents' objections. (Doc. 13.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

1

Based upon the foregoing, the Court **ORDERS**:

1.     The Findings and Recommendations issued on May 5, 2026, (Doc. 11), are **ADOPTED** in full.

2.     The petition for writ of habeas corpus is **GRANTED**.

3.     Respondents are **ORDERED TO RELEASE** Petitioner immediately.

4.     Respondents are **ENJOINED**[1] from re-detaining Petitioner unless her re-detention is ordered at a custody hearing before a neutral arbiter where the government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a flight risk or danger to the community.

5.     The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **May 21, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here SHALL be provided within seven days of the arrest. Alternatively, if Petitioner becomes subject to a final order of removal and Petitioner receives notice of such order, Respondents may detain Petitioner for the sole and limited purpose of executing removal. In this event, Respondent's SHALL provide a bond hearing in the timeframe required by law.

2